**Order entered June 29, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00307-CV

### JOHN GOIN, Appellant

### V.

### HOPE CRUMP, Appellee

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-03801-D**

## ORDER

Before the Court is appellee's June 28, 2018 second opposed motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 8, 2018. We caution appellee that further extension requests will be disfavored.

/s/    DAVID EVANS
       JUSTICE